IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEE B. KESTER, | : | Case No. 3:13-CV-02331 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | (Magistrate Judge Cohn) |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY | : | |
| Defendant. | : | |

**ORDER**

April 21, 2015

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Magistrate Judge's Report and Recommendation is **ADOPTED**. ECF No. 20.

2. The case is **REMANDED** to the Commissioner of Social Security for further consideration as detailed in Magistrate Judge Cohn's Report and Recommendation. ECF No. 20.

3. The Clerk of Court shall enter judgment in favor of Plaintiff and against the Commissioner.

4. The Clerk of Court shall **CLOSE** the case.

BY THE COURT:

s/Matthew W. Brann
Matthew W. Brann
United States District Judge